1  DIANA L. WEISS
   Law Office of Diana L. Weiss
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  Telephone: (510) 847-1012

4  Counsel for Defendant CRAWFORD

5

6                  UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

   UNITED STATES OF AMERICA,        )   No. CR-12-00495 SBA
9                                   )
           Plaintiff,                )   STIPULATED REQUEST TO CONTINUE
10                                  )   PLEA AND SENTENCING DATE TO
           v.                        )   DECEMBER 11, 2012 AND TO
11                                  )   EXCLUDE TIME UNDER THE SPEEDY
                                    )   TRIAL ACT AND ORDER
12 ANTHONY CRAWFORD II              )
                                    )
13         Defendant.                )
                                    )
14 _____  )

15
        The above-captioned matter is set on November 6, 2012 before this Court for Change of
16
   Plea and Sentencing. The parties jointly request that the Court continue the matter to December
17
   11, 2012, at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C.
18
   §§ 3161(h)(7)(A) and (B)(iv), between the date of this Stipulation and December 11, 2012.
19
        Anthony Crawford is charged in a two-counts of a twenty eight-count Indictment with
20
   Conspiracy to Posses with Intent to Distribute a Schedule I/II Controlled Substance (21 U.S.C.
21
   §§846 and 841(a)(1)) and Possession with Intent to Distribute Heroin and Cocaine with in 1000
22
   Feet Of A School (21 U.S.C.§§ 841(a)(1),(b)(1)(C), and 860). Mr. Crawford has been in
23
   custody since the time of his arrest on June 29, 2012.
24
        The parties have entered into a negotiated disposition of the charges pursuant to a
25
   written plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C). Mr. Crawford
26

1  has been interviewed buy U.S. Probation and a draft Presentence Report has been prepared.

2  This matter was initially set for Change 0f Plea and Sentencing on November 6, 2012.

3  On October 15, 2012, the parties received notice from this Court that the hearing date had been

4  continued to November 20, 2012.

5  Counsel for defendant Crawford is unavailable on November 20, 2012.  Undersigned

6  defense counsel  has a pre-planned, fully paid vacation scheduled and will be out of the district

7  from November 16 through November 25, 2012.  The first available date that the court is

8  available is December 11, 2012.

9  For this reason, the parties agree that the failure to grant this continuance would deprive

10  defendant Crawford of continuity of counsel.

11  The parties further stipulate and agree that the ends of justice served by this continuance

12  outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the

13  parties agree that the period of time from the date of this stipulation until December 11,  2012

14  should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

15  3161(h)(7)(A) and (B)(iv), for continuity of defense counsel.

17  DATED: October 23, 2012                /S/
                                        JAMES MANN
18                                      Assistant United States Attorney

19
    DATED: October 23, 2012                /S/
20                                      DIANA L. WEISS
                                        Attorney for ANTHONY CRAWFORD
21
                              **ORDER**
22
    Based on the reasons provided in the stipulation of the parties above, the Court hereby
23
    finds:
24
    1.   Given that defense counsel will be out of district and unavailable on the date
25
    currently set for Change of Plea and Sentencing;
26

Stip. And Order To Continue and Exclude Time
No. CR-12-00495SBA                             2

1     2.    Given that the ends of justice served by this continuance outweigh the best
2 interest of the public and the defendant in a speedy trial;

3     Based on these findings, IT IS HEREBY ORDERED that the Change of Plea and
4 Sentencing date of November 20, 2012 is vacated and reset for ***December 12, 2012***, at 3:00 p.m.
5 for Change of Plea and Sentencing.  It is FURTHER ORDERED that time is excluded pursuant
6 to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from the date of this
7 Stipulation until December 12, 2012.

8

9 DATED:_10/23/12                                           _____
                                                 Hon. SAUNDRA BROWN ARMSTRONG
10                                                  Senior United States District Judge