| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | TAI MILDER (CABN 267070)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724 |
|   | E-Mail:  Tai.Milder2@usdoj.gov |
| 8 | Attorneys for United States of America |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 12-CR-00495-SBA-14 |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE** |
| v. | ) ) | |
| ANTHONY RAMONE CRAWFORD, | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of June 26, 2014 presently scheduled at 9:30 a.m., before the Honorable Kandis A. Westmore, be vacated and re-set for July 7, 2014 at 9:30 a.m., before the Honorable Donna M. Ryu, for a STATUS HEARING.

The reason for this request is that the defense counsel has family medical emergency that will require her immediate attention. Given these circumstances, the parties stipulate and respectfully request that the STATUS HEARING currently scheduled for June 26, 2014 at 9:30 a.m., be vacated and

///

1  re-set for July 7, 2014 at 9:30 a.m. before the Honorable Donna M. Ryu.

3  DATED: June 24, 2014                                Respectfully submitted,

                                                       MELINDA HAAG
                                                       United States Attorney

   _____/s/_____                _____/s/_____
   DIANA L. WEISS                              TAI MILDER
   Attorney for Defendant                      Special Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, with the consent of both parties, the Court orders that the above-captioned matter be continued to July 7, 2014 at 9:30 a.m before the Honorable Donna M. Ryu.

IT IS SO ORDERED.

DATED: 6/24/14                                  _____
                                                HON. KANDIS A. WESTMORE
                                                United States Magistrate Judge

STIP. REQ. TO CONTINUE
NO. CR-12-00495-SBA-14